UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

JOANN G.,

    Plaintiff,

v.

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

    Defendant.

No. 6:20-CV-073-H-BU

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate John R. Parker made Findings, Conclusions, and a Recommendation (FCR) regarding Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. No. 26) on May 16, 2022. *See* Dkt. No. 28. Judge Parker recommended that the Court grant the plaintiff's motion and award the plaintiff $7,054.42 in fees and $400 in costs. Dkt. No. 28 at 2. No objections to the FCR were filed. Where no specific objections are filed within fourteen days, the Court reviews the Magistrate Judge's findings, conclusions, and recommendation only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020).

The Court has examined the record and reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR (Dkt. No. 28). Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (Dkt. No. 26) is granted. Pursuant to the Act, the plaintiff is hereby awarded $7,054.42 in attorney's fees and $400 in costs. Subject to any

offset under the Treasury Offset Program, payment of all checks pursuant to this Order shall be payable to Plaintiff Joann G. and mailed in care of her attorney, David F Chermol, at the Law Offices of Chermol & Fishman, LLC, 11450 Bustleton Avenue, Philadelphia, PA, 19116.  The Court previously entered a judgment in this case (Dkt. No. 25); another is not necessary.

    So ordered on June __3__, 2022.

                                                                 _____
                                                                 JAMES WESLEY HENDRIX
                                                                 UNITED STATES DISTRICT JUDGE